**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Aviles, | NO. C 09-05735 JW |
|         Plaintiff(s), <br> v. <br> LR Brothers Automotive Inc., et al, <br>         Defendant(s). | **ORDER REASSIGNING CASE TO A MAGISTRATE JUDGE FOR ALL PURPOSES** |

    The Court having reviewed the parties' Joint Rule 26 (f) reported (Docket Item No. 9) finds that the parties' have consented to proceed before a United States Magistrate Judge for all purposes.

    The Court vacates the May 3, 2010 case management conference and any remaining pending deadlines, hearings and motions based on the impending reassignment. The Clerk shall reassign this case to a Magistrate Judge for all purposes.

Dated: April 28, 2010

                                                            JAMES WARE
                                                             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Kevin Patrick Courtney kpclaw@kpclaw.com
Megan Ross Hutchins mhutchins@michaeltracylaw.com
Michael Lion Tracy mtracy@michaeltracylaw.com

**Dated: April 28, 2010**                              **Richard W. Wieking, Clerk**

                                                       **By:     /s/ JW Chambers**
                                                              **Elizabeth Garcia**
                                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California