# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Aviles,<br><br>                    Plaintiff(s),<br><br>        v.<br><br>LR Brothers Automotive Inc.,,<br><br>                    Defendant(s). | 09-05735 PVT ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Thomas Gosselin**
> Cook Roos Wilbur Thompson LLP
> 25 Metro Dr.
> Suite 600
> San Jose, CA 95110
> 408-573-5782

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-4 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
09-05735 PVT

-1-

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2    5-8 shall NOT be filed with the court.

3

4    Dated: May 19, 2010

5                                           RICHARD W. WIEKING
                                            Clerk
6                                           by:    Alice M. Fiel

7
                                            _____/s/_____
8                                           ADR Case Administrator
                                            415-522-3148
9                                           Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
09-05735 PVT

-2-